# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION NORTH AMERICA LOCAL 872,<br><br>    Plaintiff(s),<br><br>v.<br><br>CITY OF LAS VEGAS, et al.,<br><br>    Defendant(s). | Case No.: 2:19-cv-00322-GMN-NJK<br><br>**ORDER**<br><br>[Docket No. 8] |

Pending before the Court is Defendant's motion to extend time to respond to the complaint. Docket No. 8. A response shall be filed no later than April 3, 2019, at 12:00 p.m.

IT IS SO ORDERED.

Dated: April 1, 2019

_____
Nancy J. Koppe
United States Magistrate Judge