# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LABORERS' INTERNATIONAL UNION NORTH AMERICA, LOCAL 872,

    Plaintiff(s),

v.

CITY OF LAS VEGAS, *et al.*,

    Defendant(s).

Case No.: 2:19-cv-00322-GMN-NJK

**Order**

[Docket No. 12]

Pending before the Court is Defendants James Robert Coffin and Steve Seroka's motion to stay discovery pending resolution of its motion to dismiss. Docket No. 12; *see also* Docket No. 11. A response shall be filed no later than April 5, 2019, and any reply shall be filed no later than April 9, 2019.

IT IS SO ORDERED.

Dated: April 2, 2019

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge

1