# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LABORERS' INTERNATIONAL UNION NORTH AMERICA, LOCAL 872, et al.,

    Plaintiff(s),

v.

CITY OF LAS VEGAS, et al.,

    Defendant(s).

Case No.: 2:19-cv-00322-RFB-NJK

**ORDER**

(Docket No. 41)

Pending before the Court is the parties' stipulation to stay discovery. Docket No. 41. The Court granted the parties' previous stipulation to stay discovery pending resolution of Defendants' then-pending motion to dismiss. Docket No. 25; *see also* Docket Nos. 11 (motion to dismiss), 12 (motion to stay discovery). On February 11, 2020, the Court granted the motion to dismiss (as well as a later-filed motion to dismiss, Docket No. 21) and granted Plaintiff Laborers' International Union North America, Local 872, leave to file an amended complaint. Docket No. 35. On March 3, 2020, Plaintiffs filed an amended complaint. Docket No. 37. On March 6, 2020, the parties filed the instant stipulation to stay discovery. Docket No. 41. The parties request the stay because "Defendants intend to file renewed motions to dismiss" the amended complaint. *Id.* at 2. To date, however, no renewed motions to dismiss have been filed. *See* Docket.

Accordingly, the Court **DENIES** the parties' stipulation to stay discovery without prejudice as it is unripe. Docket No. 41. The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than March 13, 2020.

IT IS SO ORDERED.

Dated: March 10, 2020

                                              Nancy J. Koppe
                                              United States Magistrate Judge