# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION NORTH AMERICA, LOCAL 872,<br><br>Plaintiff(s),<br><br>v.<br><br>CITY OF LAS VEGAS, *et al.*,<br><br>Defendant(s). | Case No.: 2:19-cv-00322-GMN-NJK<br><br>**ORDER**<br><br>(Docket No. 50) |

Pending before the Court is Defendants James Robert Coffin and Steve Seroka's motion to stay discovery pending resolution of the pending motions to dismiss. Docket No. 50; *see also* Docket Nos. 48, 49. A response to the motion to stay discovery shall be filed no later than April 16, 2020, and any reply shall be filed no later than April 21, 2020.

IT IS SO ORDERED.

Dated: April 10, 2020

                                                                Nancy J. Koppe
                                                                 United States Magistrate Judge