**STIP**
RUSTY GRAF, ESQ.
Nevada Bar No. 6322
**BLACK & LOBELLO**
10777 W. Twain Ave., 3rd Fl.
Las Vegas, Nevada 89135
(702) 869-8801
(702) 869-2669 (fax)
rgraf@blacklobello.law
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LABORERS' INTERNATONAL UNION NORTH AMERICA, LOCAL 872, a Nevada based unincorporated association, and THOMAS (TOMMY) M. WHITE, an individual member of LABORERS' INTERNATIONAL UNION NORTH AMERICA, LOCAL 872<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF LAS VEGAS, a Nevada municipality and political subdivision; JAMES ROBERT COFFIN, individually, and STEVE SEROKA, individually; and DOES I through X; inclusive, and ROE CORPORATIONS I through X, inclusive<br><br>Defendants. | CASE NO.: 2:19-cv-0322-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS' RESPONSE DATES FOR DEFENDANT CITY OF LAS VEGAS AND DEFENDANTS COFFIN AND SEROKA'S MOTIONS TO DISMISS AMENDED COMPLAINT (ECF NOS. 48, 49)** |

**STIPULATION**

Plaintiffs LABORERS' INTERNATIONAL UNION NORTH AMERICA, LOCAL 872, a Nevada based unincorporated association, and THOMAS (TOMMY) M. WHITE, an individual member of LABORERS' INTERNATIONAL UNION NORTH AMERICA, LOCAL 872, (collectively "Plaintiffs") by and through their attorneys of record Black & LoBello; Defendant CITY OF LAS VEGAS, by and through its attorneys of record Litigator Law; and

Defendants COFFIN and SEROKA, by through their attorneys of record the Mountain Vista Law Group (collectively the "Parties"), hereby stipulate and agree that Plaintiffs' responses to Defendants' April 7, 2020, Motions to Dismiss First Amended Complaint (ECF Nos. 48, 49) will be extended to Friday, May 8, 2020. This is the Parties' first request to extend time for Plaintiffs' responses to these motions and Defendants' replies in support of their motions.

DATED this 17th day of April 2020.

**BLACK & LOBELLO**

/s/ Rusty Graf
RUSTY GRAF, ESQ.
Nevada Bar No. 6322
10777 W. Twain Ave., Third Floor
Las Vegas, Nevada 89135
rgraf@blacklobello.law
*Attorney for Plaintiffs*

DATED this 17th day of April 2020.

**LITIGATOR LAW**

/s/ Alan J. Lefebvre
ALAN J. LEFEBVRE, ESQ.
Nevada Bar No. 0848
WILLIAM D. SCHULLER
Nevada Bar No. 011271
11830 Tevare Lane #1062
Las Vegas, NV 89138
alefebvre@klnevada.com
wschuller@klnevada.com
*Attorneys for Defendant
City of Las Vegas*

DATED this 17th day of April 2020.

**MOUNTAIN VISTA LAW GROUP**

/s/ Peter M. Angulo
PETER M. ANGULO
Nevada Bar No. 89120
5545 Mountain Vista Street, Suite F
Las Vegas, NV 89120
manthis@mvlawgrp.com
*Attorney for Defendants
James Robert Coffin and Steve Seroka*

///
///
///

## ORDER

IT IS SO ORDERED that for good cause appearing, the foregoing Stipulation of the Parties is GRANTED, and Plaintiffs' responses to Defendants' April 7, 2020, Motions to Dismiss First Amended Complaint (ECF Nos. 48, 49) will be extended to Friday, May 8, 2020.

Dated this __17th__ day of __April__, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

**BLACK & LOBELLO**

_/s/ RUSTY GRAF_____
Rusty Graf, Esq.
Nevada State Bar No. 6322
10777 West Twain Avenue, Suite 300
Las Vegas, Nevada 89135
*Attorney for Plaintiffs*