UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LABORERS' INTERNATONAL UNION NORTH AMERICA, LOCAL 872, a Nevada based unincorporated association, and THOMAS (TOMMY) M. WHITE, an individual member of LABORERS' INTERNATIONAL UNION NORTH AMERICA, LOCAL 872,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF LAS VEGAS, a Nevada municipality and political subdivision; JAMES ROBERT COFFIN, individually, and STEVE SEROKA, individually, DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-0322-GMN-NJK<br><br>**ORDER GRANTING STIPULATION TO SUBSTITUTE COUNSEL** |

### SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED AND AGREED that Defendant CITY OF LAS VEGAS hereby substitutes SETH T. FLOYD, Deputy City Attorney, and PHILIP R. BYRNES, Senior Litigation Counsel, of the LAS VEGAS CITY ATTORNEY'S OFFICE, as its attorneys of record in the

. . . .

. . . .

above-entitled action in the place and stead of WILLIAM D. SCHULLER, ESQ., and ALAN J. LEFEBVRE, ESQ., of LITIGATOR LAW.

DATED this 7th day of May, 2020.

LITIGATOR LAW

By: _____
ALAN J. LEFEBVRE, ESQ.
Nevada Bar No. 848
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 11271
11830 Tevare Lane, #1062
Las Vegas, NV 89138
Attorneys for CITY OF LAS VEGAS

**CONSENT TO SUBSTITUTION**

The undersigned Defendant hereby consents to the above substitution of counsel for said Defendant in the above-entitled action.

CITY OF LAS VEGAS

By: _____
PHILIP R. BYRNES
Senior Litigation Counsel
Nevada Bar No. 166
SETH T. FLOYD
Deputy City Attorney
Nevada Bar No. 11959
495 South Main Street, Sixth Floor
Las Vegas, NV 89101

. . . .

## ACCEPTANCE OF SUBSTITUTION

SETH T. FLOYD, Deputy City Attorney, and PHILIP R. BYRNES, Senior Litigation Counsel, of the LAS VEGAS CITY ATTORNEY'S OFFICE hereby accept the substitution as attorneys of record for Defendant CITY OF LAS VEGAS in the above-entitled matter.

BRADFORD R. JERBIC
City Attorney

By: _____
PHILIP R. BYRNES
Senior Litigation Counsel
Nevada Bar No. 166
SETH T. FLOYD
Deputy City Attorney
Nevada Bar No. 11959
495 South Main Street, Sixth Floor
Las Vegas, NV 89101

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

**May 8, 2020**
DATE