PETER M. ANGULO, ESQ.
Nevada Bar No. 003672
LAW OFFICES OF CORY J. HILTON
5545 Mountain Vista Street, Suite F
Las Vegas, Nevada 89120
(702) 384-8000
(702) 384-8200 – fax
pangulo@hiltonesqlaw.com

Attorneys for Defendants COFFIN
and SEROKA

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LABORERS' INTERNATIONAL UNION NORTH AMERICA, LOCAL 872, a Nevada based unincorporated association, and THOMAS (TOMMY) M. WHITE, an Individual member of LABORERS' INTERNATIONAL UNION NORTH AMERICA LOCAL 872,

Plaintiffs,

vs.

CITY OF LAS VEGAS, a political subdivision of the State of Nevada; JAMES ROBERT COFFIN, individually, and STEVE SEROKA, individually; and DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,

Defendants.

RFB

CASE NO. 2:19-CV-322-~~GMN~~-NJK

**STIPULATION AND ORDER TO EXTEND DEFENDANTS COFFIN AND SEROKA'S TIME TO FILE THEIR REPLY TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS AMENDED COMPLAINT (#62)**

Defendants JAMES ROBERT COFFIN and STEVE SEROKA, by and through their counsel of record, PETER M. ANGULO, ESQ. of the LAW OFFICES OF CORY J. HILTON, and Plaintiffs' LABORERS' INTERNATIONAL UNION NORTH AMERICA, LOCAL 872 and THOMAS (TOMMY) M. WHITE, by and through their counsel of record, RUSTY GRAF, ESQ. of the law offices of BLACK & LOBELLO, hereby stipulate and agree that Defendants Coffin and Seroka's Reply to

1

Plaintiffs' Opposition to the Motion to Dismiss Amended Complaint (#62) will be extended to Monday, May 18, 2020. This is the parties first request to extend time for the reply supporting said motion.

DATED this 18th day of May, 2020.          DATED this 18th day of May, 2020.

LAW OFFICES OF CORY J. HILTON          BLACK & LOBELLO

By  /s/ Peter M. Angulo                              By  /s/ Rusty Graf
PETER M. ANGULO, ESQ.                        RUSTY GRAF, ESQ.
Nevada Bar No. 003672                              Nevada Bar No. 006322
5545 S. Mountain Vista Street, Ste. F           10777 W. Twain Avenue, Ste. 300
Las Vegas, Nevada 89120                          Las Vegas, Nevada 89135
Attorneys for Defendants Coffin & Seroka   Attorneys for Plaintiffs

**ORDER**

IT IS SO ORDERED this  18th  day of May, 2020.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

LAW OFFICES OF CORY J. HILTON


By  /s/ Peter M. Angulo
PETER M. ANGULO, ESQ.
Nevada Bar No. 003672
5545 S. Mountain Vista Street, Suite F
Las Vegas, Nevada 89120
Attorneys for Defendants Coffin & Seroka

2